**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARK R. J.,

Plaintiff,

v. No. 1:26-cv-00923-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER FOR SECOND EXTENSION**

THIS MATTER coming before the Court upon Plaintiff Mark R. J.'s ("Plaintiff") Motion for Extension of Time to File Plaintiff's Opening Brief (the "Motion"), (Doc. 11), filed September 3, 2026. Plaintiff seeks a second extension of 45-days. (Doc. 11 at 1). Plaintiff's Motion was filed the day his opening brief was due to the Court. (*Id.*) Plaintiff notes that Defendant concurs in the granting of the Motion. (*Id.*) The Court, having read the Motion and being fully advised, hereby **GRANTS** the Motion.

Further, pursuant to Fed. R. Civ. P. 73(b)(2), the parties are reminded that this case has been randomly assigned to United States Magistrate Judge Kevin R. Sweazea as the trial judge in this matter under 28 U.S.C. 636(c). Appeal from a judgment entered by a Magistrate Judge will be to the United States Court of Appeals for the Tenth Circuit. One or more of the parties has yet to file written consent or refusal to consent. The parties are advised that this matter may be reassigned to a district court judge as presiding judge if written consents from all parties have not been filed by **October 19, 2026**. The parties are free to withhold consent. No adverse substantive consequences will result from any party's failure or refusal to consent.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to

the Agency no later than **October 19, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **November 18, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

**IT IS SO ORDERED** this 4th day of September, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE